UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-3047 (TJK) |
| NATIONAL GUARD BUREAU, *et al.*, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Paul Cirino as counsel of record for Defendants in the above-captioned case.

Dated:  December 15, 2021            Respectfully submitted,

                                     /s/ *Paul Cirino*
                                     PAUL CIRINO
                                     Assistant United States Attorney
                                     Civil Division
                                     U.S. Attorney's Office for the District of Columbia
                                     555 4th Street, N.W.
                                     Washington, D.C.  20530
                                     Telephone: (202) 252-2529
                                     Facsimile: (202) 252-2599
                                     paul.cirino@usdoj.gov