UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GUARD BUREAU, *et al.*,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-3047 (TJK)<br>)<br>)<br>)<br>)<br>) |

## **CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On behalf of Defendants National Guard Bureau, and others, the undersigned counsel respectfully requests a 29-day extension of time, until January 28, 2022, to answer or otherwise respond to the Complaint filed by Plaintiff American Oversight on November 17, 2021. ECF No. 1. Plaintiff consents to the relief requested herein.

In support of this motion, Defendants state as follows:

1. This is a Freedom of Information Act ("FOIA") case involving Plaintiff's (1) May 10, 2021, request to Defendants National Guard Bureau seeking information regarding incidents of white supremacist ideology and (2) July 12, 2021 request to the United States Coast Guard, for records concerning Anti-Harassment and Hate Incident database entries. *See* ECF No. 1 ¶¶ 10, 13.

2. On November 30, 2021, the United States Attorney's Office was served with the Summons and Complaint in this case. Without the relief requested, Defendants must respond to the Complaint by December 30, 2021. 5 U.S.C. § 552(a)(4)(C).

3. The undersigned counsel for Defendants only recently was assigned to this case and received a copy of the Summons and Complaint. Defendants' counsel has had longstanding

plans to be out of the office from December 15, 2021, through and including January 5, 2022, and thus will be unable to appropriately confer with agency counsel and prepare an adequate response to the Complaint by December 30, 2021. For these reasons, additional time is necessary so that Defendants can review the record and prepare an adequate response to the Complaint.

4.  The extension requested by Defendants will not affect any other deadlines in this case. This is the first extension that Defendants have requested to respond to the Complaint.

5.  Pursuant to Local Civil Rule 7(m), on December 13, 2021, the undersigned counsel for Defendants conferred with counsel for Plaintiff to determine whether there is any opposition to the relief sought in this motion. On the same day, counsel for Plaintiff advised that she consents to the relief requested herein.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion and allow them to answer or otherwise respond to the Complaint on or before January 28, 2022. A proposed Order has been filed with this motion.

Dated:  December 15, 2021              Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
*Acting Chief, Civil Division*

By: /s/ Paul Cirino
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
Telephone:  (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*