UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-3047 (TJK) |
| NATIONAL GUARD BUREAU, *et al.*, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time to Respond to Complaint, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until January 28, 2022, to answer or otherwise respond to the Complaint, ECF No. 1.

SO ORDERED this _____ day of _____, 2021.

_____
HON. TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE