UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GUARD BUREAU, *et al.*,<br><br>Defendants. | Civil Action No. 21-3047 (TJK) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendant National Guard Bureau hereby jointly stipulate to the dismissal of this action, with each party to bear its own costs and fees.

Dated: February 13, 2025

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis (D.C. Bar No. 144574)
AMERICAN OVERSIGHT
1030 15th Street, N.W., B255
Washington, D.C. 20005
Telephone: (202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Telephone: (202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendants*